**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-537T
(Filed: November 8, 2017)

```
*******************************
ERICA B. BROMAGEN,            *
                              *
            Plaintiff,        *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
            Defendant.        *
*******************************
```

**FILED**

NOV - 8 2017

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

Plaintiff, proceeding pro se, filed a complaint in the above-captioned case on April 17, 2017. In a September 13, 2017 order, the court granted defendant's motion for a more definite statement and directed plaintiff to file the statement–which is to include the information described in Rule 9(m) of the Rules of the United States Court of Federal Claims ("RCFC")–by October 4, 2017.

Plaintiff did not file a more definite statement by October 4, 2017. Thus, on October 12, 2017, the court issued an order directing plaintiff to file her overdue more definite statement by November 3, 2017, and warning plaintiff that a failure to meet this deadline might result in her complaint being dismissed for failure to prosecute pursuant to RCFC 41(b).

Plaintiff has not filed the overdue more definite statement. Because plaintiff has failed to respond to the court's orders, the court **DISMISSES** plaintiff's complaint for failure to prosecute pursuant to RCFC 41(b). The dismissal is **WITHOUT PREJUDICE** to plaintiff refiling her complaint with the information required by RCFC 9(m). The clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

_/s/ Margaret M. Sweeney_
MARGARET M. SWEENEY
Judge

7017 1450 0000 1346 1062